# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 15-15346-JKF

TYANNETTE GAMBRELL

1966 W Sparks Street

Philadelphia, PA 19141-

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

TYANNETTE GAMBRELL

1966 W Sparks Street

Philadelphia, PA 19141-

Counsel for debtor(s), by electronic notice only.

DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

/S/ William C. Miller

Date: 5/1/2017    _____

William C. Miller, Esquire
Chapter 13 Standing Trustee