United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15346-jkf
Tyannette Gambrell                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jul 21, 2017
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2017.
13594104        DiTech Financial LLC f/k/a GreenTree Servicing LLC,   P.O. Box 44265,    Jacksonville, FL 32231-4265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:
     ANDREW F GORNALL    on behalf of Creditor    Green Tree Servicing LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
     DAVID M. OFFEN    on behalf of Debtor Tyannette  Gambrell dmo160west@gmail.com, davidoffenecf@gmail.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
     THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                 TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-15346-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Tyannette Gambrell
1966 W Sparks Street
Philadelphia PA 19141

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/20/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: DiTech Financial LLC f/k/a GreenTree Servicing LLC, P.O. Box 44265, Jacksonville, FL 32231-4265 | New Penn Financial, LLC<br>d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10675<br>Greenville, SC 29603-0675 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/23/17

Tim McGrath
**CLERK OF THE COURT**