*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tyannette Gambrell
    Debtor(s)

Case No: 15−15346−elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay 1966 W Sparks Street, Philadelphia, PA 19141 Filed by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing Represented by CHRISTOPHER M. MCMONAGLE

    on: 1/9/18

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/3/18

Timothy B. McGrath
Clerk of Court

49
Form 167