United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 15-15346-elf
Tyannette Gambrell                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Pamela          Page 1 of 1          Date Rcvd: Jan 03, 2018
                            Form ID: 167          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db          +Tyannette Gambrell,    1966 W Sparks Street,    Philadelphia, PA 19141-1304
cr          +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr          +New Penn Financial, LLC c/o Shellpoint Mortgage Se,    P.O. BOX 10675,
              GREENVILLE, SC 29603-0675
cr           New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
              Greenville, SC  29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/Text: bnc-quantum@quantum3group.com Jan 04 2018 01:49:45
              Quantum3 Group LLC as agent for,    Wollemi Acquisitions LLC,    PO Box 788,
              Kirkland, WA  98083-0788
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Green Tree Servicing LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint
               Mortgage Servicing cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              DAVID M. OFFEN    on behalf of Debtor Tyannette  Gambrell dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tyannette Gambrell
    Debtor(s)                               Case No: 15−15346−elf
                                             Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion for Relief from Stay 1966 W Sparks Street, Philadelphia, PA 19141 Filed by New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing Represented by CHRISTOPHER M. MCMONAGLE

    on: 1/9/18

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/3/18

Timothy B. McGrath
Clerk of Court

49
Form 167