Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    TYANNETTE GAMBRELL<br>    AKA TYANNETTE DELIFUS<br>        DEBTOR | CHAPTER: 13 |
| NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING<br>        MOVANT<br>V.<br>TYANNETTE GAMBRELL<br>        DEBTOR | BANKRUPTCY CASE: 15-15346-ELF<br><br>JUDGE: FRANK, ERIC L. |

# ORDER

AND NOW, this __29th__ day of __January__, 2018, upon consideration of the Stipulation between Debtor and New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing (Doc. # 56), it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**