United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Tyannette Gambrell
      Debtor

Case No. 15-15346-elf
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Antoinett | Page 1 of 1 | Date Rcvd: Jan 29, 2018 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2018.
db        +Tyannette Gambrell,   1966 W Sparks Street,   Philadelphia, PA 19141-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2018 at the address(es) listed below:
        ANDREW F GORNALL   on behalf of Creditor   Green Tree Servicing LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        CHRISTOPHER M. MCMONAGLE   on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
        DAVID M. OFFEN   on behalf of Debtor Tyannette  Gambrell dmo160west@gmail.com, davidoffenecf@gmail.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Green Tree Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        THOMAS I. PULEO   on behalf of Creditor   DITECH FINANCIAL LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
        TOTAL: 7

Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    TYANNETTE GAMBRELL<br>    AKA TYANNETTE DELIFUS<br>                DEBTOR | CHAPTER: 13<br><br>BANKRUPTCY CASE: 15-15346-ELF |
| NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING<br>                MOVANT<br>V.<br><br>TYANNETTE GAMBRELL<br>                DEBTOR | JUDGE: FRANK, ERIC L. |

# ORDER

AND NOW, this __29th__ day of __January__, 2018, upon consideration of the

Stipulation between Debtor and New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing (Doc. # 56),

it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**