IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 15-15346-elf |
| TYANNETTE GAMBRELL, | Chapter 13 |
| Debtor, | Related to Document No. 59 and 60 |
| CONSUMER PORTFOLIO SERVICES, INC. | |
| Movant, | |
| v. | |
| TYANNETTE GAMBRELL, WILLIAM A. GAMBRELL, and WILLIAM C. MILLER, Chapter 13 Trustee. | |
| Respondents. | |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 20th day of July, 2018, I served a copy of the Motion for Relief from the Automatic Stay and Co-Debtor Stay (filed at Document No. 59) and a copy of the Notice of Motion, Response Deadline and Hearing Date on Motion (filed at Document No. 60) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Tyannette Gambrell
1966 W Sparks Street
Philadelphia, PA 19141

William A. Gambrell
*Non-filing Co-Debtor*
1966 W Sparks Street
Philadelphia, PA 19141

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

David M. Offen, Esq.
*Counsel to Debtor*
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

and:

      Service by CM/ECF electronic notification on all parties registered to receive electronic notification.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Consumer Portfolio Services, Inc.*