IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Tyannette Gambrell | : | No. 15-15346-ELF |
| Debtor | | |

ANSWER TO MOTION FOR RELIEF

The Debtor acknowledges that she fell behind on payments to Consumer Portfolio Services, Inc and states she is able to make a payment on August 1, 2018 and then again on August 10, 2018. A Stipulation has been requested from Movant's counsel.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 08/01/18