IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>TYANNETTE GAMBRELL,<br><br>　　　　Debtor,<br><br>CONSUMER PORTFOLIO SERVICES, INC.<br><br>　　　　Movant,<br><br>　　v.<br><br>TYANNETTE GAMBRELL, WILLIAM A. GAMBRELL, and WILLIAM C. MILLER, Chapter 13 Trustee.<br><br>　　　　Respondents. | Bankruptcy No. 15-15346-elf<br><br>Chapter 13<br><br>Related to Doc. No. 59 |

ORDER OF COURT

AND NOW, this 7th day of August, 2018, upon consideration of the foregoing Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby **ORDERED** that the Stipulation is approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**