United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tyannette Gambrell  
      Debtor

Case No. 15-15346-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Aug 07, 2018  
                            Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2018.  
db          +Tyannette Gambrell,   1966 W Sparks Street,   Philadelphia, PA 19141-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    Green Tree Servicing LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
        DAVID M. OFFEN    on behalf of Debtor Tyannette Gambrell dmo160west@gmail.com, davidoffenecf@gmail.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
        THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                      TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 15-15346-elf |
|---|---|
| TYANNETTE GAMBRELL, | Chapter 13 |
| Debtor, | |
| | Related to Doc. No. 59 |
| CONSUMER PORTFOLIO SERVICES, INC. | |
| Movant, | |
| v. | |
| TYANNETTE GAMBRELL, WILLIAM A. GAMBRELL, and WILLIAM C. MILLER, Chapter 13 Trustee. | |
| Respondents. | |

ORDER OF COURT

AND NOW, this 7th day of August, 2018, upon consideration of the foregoing Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby **ORDERED** that the Stipulation is approved.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**