IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 15-15346-elf |
| TYANNETTE GAMBRELL, | Chapter 13 |
| Debtor, | Related to Document No. 63 |
| CONSUMER PORTFOLIO SERVICES, INC. | |
| Movant, | |
| v. | |
| TYANNETTE GAMBRELL, WILLIAM A. GAMBRELL, and WILLIAM C. MILLER, Chapter 13 Trustee. | |
| Respondents. | |

## ORDER OF COURT

AND NOW, this 1st day of _____October_____, 2018, upon consideration of the

Certification of Default of Six-Month Stipulation Resolving Motion for Relief from the

Automatic Stay and Co-Debtor Stay, it is hereby **ORDERED**, that relief from the automatic stay

pursuant to 11 U.S.C. § 362 is granted as to the interest of Consumer Portfolio Services, Inc. in the

2011 GMC Light Duty Terrain Utility 4D SLE2 2.4L I4 VIN 2CTALSEC2B6395713.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**