United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Tyannette Gambrell
       Debtor

Case No. 15-15346-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Oct 01, 2018
                    Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
db                +Tyannette Gambrell,   1966 W Sparks Street,   Philadelphia, PA 19141-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
        ANDREW F GORNALL   on behalf of Creditor   Green Tree Servicing LLC agornall@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        CHRISTOPHER M. MCMONAGLE   on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint
     Mortgage Servicing cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
        DAVID M. OFFEN   on behalf of Debtor Tyannette  Gambrell dmo160west@gmail.com,
     davidoffenecf@gmail.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Green Tree Servicing LLC bkgroup@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        KERI P EBECK   on behalf of Creditor   Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
     DMcKay@bernsteinlaw.com
        THOMAS I. PULEO   on behalf of Creditor   DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 15-15346-elf |
| TYANNETTE GAMBRELL, | Chapter 13 |
| Debtor, | Related to Document No. 63 |
| CONSUMER PORTFOLIO SERVICES, INC. | |
| Movant, | |
| v. | |
| TYANNETTE GAMBRELL, WILLIAM A. GAMBRELL, and WILLIAM C. MILLER, Chapter 13 Trustee. | |
| Respondents. | |

## **ORDER OF COURT**

AND NOW, this 1st day of October, 2018, upon consideration of the Certification of Default of Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay and Co-Debtor Stay, it is hereby **ORDERED**, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Consumer Portfolio Services, Inc. in the 2011 GMC Light Duty Terrain Utility 4D SLE2 2.4L I4 VIN 2CTALSEC2B6395713.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**