Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, Pennsylvania 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
(Counsel for Movant)

In The United States Bankruptcy Court
for the Eastern District of Pennsylvania

| | |
|---|---|
| In Re:<br>Tyannette Gambrell<br>    Debtor(s)<br>New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing<br>    Creditor/Movant<br>v.<br>Tyannette Gambrell<br>    Respondant | Chapter 13<br><br>Bankruptcy Case: 15-15346-elf<br><br>Judge: Eric L. Frank |

# ORDER

AND NOW, this 6th day of December 2018, upon certification of default under the parties' prior stipulation,

It is ORDERED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): *1966 W. Sparks Street, Philadelphia, PA 19141*.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE