```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                                    Case No. 15-15346-elf
Tyannette Gambrell                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Antoinett           Page 1 of 1         Date Rcvd: Dec 06, 2018
                             Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
db             +Tyannette Gambrell,    1966 W Sparks Street,    Philadelphia, PA 19141-1304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Green Tree Servicing LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint
               Mortgage Servicing cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              DAVID M. OFFEN    on behalf of Debtor Tyannette  Gambrell dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KERI P EBECK    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 8

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Tyannette Gambrell<br>   Debtor(s)<br>New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing<br>   Creditor/Movant<br>v.<br>Tyannette Gambrell<br>   Respondant | Chapter 13<br><br>Bankruptcy Case: 15-15346-elf<br><br>Judge: Eric L. Frank |

**ORDER**

AND NOW, this 6th day of December 2018, upon certification of default under the parties' prior stipulation,

It is ORDERED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): *1966 W. Sparks Street, Philadelphia, PA 19141*.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE