United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Tyannette Gambrell  
      Debtor

Case No. 15-15346-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Aug 27, 2019  
                           Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13571004       +E-mail/Text: bankruptcy@consumerportfolio.com Aug 28 2019 02:46:09     Consumer Portfolio Svc,
          Po Box 57071,   Irvine, CA 92619-7071
                                                                                                                     TOTAL: 1

                   ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2019 at the address(es) listed below:
      ANDREW F GORNALL   on behalf of Creditor   Green Tree Servicing LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      CHRISTOPHER M. MCMONAGLE   on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com  
      DAVID M. OFFEN   on behalf of Debtor Tyannette  Gambrell dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Green Tree Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      KERI P EBECK   on behalf of Creditor   Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
      THOMAS I. PULEO   on behalf of Creditor   DITECH FINANCIAL LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                                              TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-15346-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Tyannette Gambrell
1966 W Sparks Street
Philadelphia PA 19141

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/20/2019.

Name and Address of Alleged Transferor(s):

Claim No. 7: Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619

Name and Address of Transferee:

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/29/19

Tim McGrath
**CLERK OF THE COURT**