United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 15-15346-elf

Tyannette Gambrell     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 4 |
| Date Rcvd: Nov 17, 2020 | Form ID: 138NEW | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyannette Gambrell, 1966 W Sparks Street, Philadelphia, PA 19141-1304 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway Suite 300, Dallas, Tx 75254-7883 |
| cr | + | New Penn Financial, LLC c/o Shellpoint Mortgage Se, P.O. BOX 10675, GREENVILLE, SC 29603-0675 |
| cr | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| 13570987 | + | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13570999 | + | Aurora Bank Fsb, 10350 Park Meadows Dr St, Littleton, CO 80124-6800 |
| 13571001 | ++ | CITIFINANCIAL, BANKRUPTCY FORECLOSURE UNIT, 1000 TECHNOLOGY DRIVE, OFALLON MO 63368-2222 address filed with court:, Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 13571000 | | Chase, Po Box 901003, Columbus, OH 43224 |
| 13571002 | + | Citimortgage Inc, Po Box 9438, Gaithersburg, MD 20898-9438 |
| 13594104 | | DiTech Financial LLC f/k/a GreenTree Servicing LLC, P.O. Box 44265, Jacksonville, FL 32231-4265 |
| 13571013 | + | Farmers Bank & Trust, 1017 Harrison St, Great Bend, KS 67530-4213 |
| 13571015 | + | Gte Financial, 711 E Henderson Ave, Tampa, FL 33602-2509 |
| 13571018 | + | Midland Mtg/Midfirst, 999 Nw Grand Blvd, Oklahoma City, OK 73118-6051 |
| 13571020 | + | NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 13954798 | | New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 13571023 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 13589829 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13585490 | + | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 13571024 | + | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 13571032 | ++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609 address filed with court:, Us Dept Ed, Po Box 7202, Utica, NY 13504-7202 |
| 13571025 | | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 13659597 | | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2020 03:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2020 03:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2020 03:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2020 03:16:00 | Quantum3 Group LLC, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13571019 | | Email/Text: ally@ebn.phinsolutions.com | Nov 18 2020 03:16:00 | National, 5700 Crooks Rd Ste 301, Troy, MI 48098 |
| 13653925 | | Email/Text: megan.harper@phila.gov | | |

Case 15-15346-elf   Doc 78   Filed 11/19/20   Entered 11/20/20 00:54:53   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: Adminstra | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2020 | Form ID: 138NEW | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 18 2020 03:17:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13571003 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2020 03:16:00 | Comenity Bank/Lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 13571004 | + | Email/Text: bankruptcy@consumerportfolio.com | Nov 18 2020 03:17:00 | Consumer Portfolio Svc, Po Box 57071, Irvine, CA 92619-7071 |
| 13571005 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 18 2020 03:17:00 | Credit Coll, Po Box 9134, Needham, MA 02494-9134 |
| 13571006 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 18 2020 03:16:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 13571014 | | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2020 02:54:16 | Green Tree Servicing L, 332 Minnesota St Ste 610, Saint Paul, MN 55101 |
| 13571016 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2020 03:16:00 | Midland Credit Management, P.O. Box 939019, San Diego, CA 92193-9019 |
| 13571017 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2020 03:16:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13571021 | + | Email/Text: egssupportservices@alorica.com | Nov 18 2020 03:16:00 | NCO Financial Services, 507 Prudential Road, Horsham, PA 19044-2308 |
| 13571022 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 18 2020 03:16:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13633322 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2020 03:16:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14376256 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2020 03:16:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13571042 | + | Email/Text: megan.harper@phila.gov | Nov 18 2020 03:17:00 | Water Revenue Bureau, 1401 JFK Blvd, Philadelphia, PA 19102-1663 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | * | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13570988 | *+ | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13570989 | *+ | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13570990 | *+ | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13570991 | *+ | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13570992 | *+ | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13570993 | *+ | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13570994 | *+ | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13570995 | *+ | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13570996 | *+ | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13570997 | *+ | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13570998 | *+ | Aes/Pheaa, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13571007 | *+ | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 13571008 | *+ | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 13571009 | *+ | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 13571010 | *+ | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 13571011 | *+ | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 13571012 | *+ | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 13571033 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Po Box 7202, Utica, NY 13504-7202 |
| 13571034 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, |

District/off: 0313-2 | User: Adminstra | Page 3 of 4
Date Rcvd: Nov 17, 2020 | Form ID: 138NEW | Total Noticed: 41

|  |  |  |
|---|---|---|
|  |  | Po Box 7202, Utica, NY 13504-7202 |
| 13571035 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Po Box 7202, Utica, NY 13504-7202 |
| 13571036 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Po Box 7202, Utica, NY 13504-7202 |
| 13571037 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Po Box 7202, Utica, NY 13504-7202 |
| 13571038 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Po Box 7202, Utica, NY 13504-7202 |
| 13571039 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Po Box 7202, Utica, NY 13504-7202 |
| 13571040 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Po Box 7202, Utica, NY 13504-7202 |
| 13571041 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, Us Dept Ed, Po Box 7202, Utica, NY 13504-7202 |
| 13571026 | * | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 13571027 | * | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 13571028 | * | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 13571029 | * | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 13571030 | * | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |
| 13571031 | * | U S Dept Of Ed/Gsl/Atl, Po Box 4222, Iowa City, IA 52244 |

TOTAL: 0 Undeliverable, 34 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2020                     Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:**

**Name**     **Email Address**

ANDREW F GORNALL
    on behalf of Creditor Green Tree Servicing LLC agornall@kmllawgroup.com  bkgroup@kmllawgroup.com

CHRISTOPHER M. MCMONAGLE
    on behalf of Creditor New Penn Financial  LLC d/b/a Shellpoint Mortgage Servicing cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

DAVID M. OFFEN
    on behalf of Debtor Tyannette Gambrell dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JOSHUA I. GOLDMAN
    on behalf of Creditor Green Tree Servicing LLC Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

KERI P EBECK
    on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

THOMAS I. PULEO
    on behalf of Creditor DITECH FINANCIAL LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

| District/off: 0313-2 | User: Adminstra | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 17, 2020 | Form ID: 138NEW | Total Noticed: 41 |

WILLIAM C. MILLER, Esq.	on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Tyannette Gambrell
        Debtor(s)                                    Bankruptcy No: 15−15346−elf
                                                Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                         900 Market Street
                             Suite 400
                        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                                 For The Court
                                                                          Timothy B. McGrath
                                                                             Clerk of Court

Dated: 11/17/20

                                                                                                     77 − 76
                                                                             Form 138_new