United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 15-15346-elf

Tyannette Gambrell                                                                Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 18, 2020 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Tyannette Gambrell, 1966 W Sparks Street, Philadelphia, PA 19141-1304 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2020                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | |
| | on behalf of Creditor Green Tree Servicing LLC agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHRISTOPHER M. MCMONAGLE | |
| | on behalf of Creditor New Penn Financial  LLC d/b/a Shellpoint Mortgage Servicing cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| DAVID M. OFFEN | |
| | on behalf of Debtor Tyannette Gambrell dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JOSHUA I. GOLDMAN | |
| | on behalf of Creditor Green Tree Servicing LLC Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KERI P EBECK | |
| | on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |

District/off: 0313-2                        User: Adminstra                        Page 2 of 2
Date Rcvd: Dec 18, 2020                    Form ID: 195                        Total Noticed: 1

THOMAS I. PULEO
    on behalf of Creditor DITECH FINANCIAL LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                          : Chapter 13

Tyannette Gambrell                                   : Case No. 15−15346−elf
          Debtor(s)


### *ORDER*
_____


     AND NOW, this day , December 18th, 2020 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


     ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                                        By The Court

                                        Eric L. Frank
                                        Judge , United States Bankruptcy Court

Form 195